

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-15-00264-CR
07-15-00265-CR

QUINTON PLATTENBURG, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 12th District Court
Walker County, Texas
Trial Court No. 26,924 & 26,926, Honorable Donald Kraemer, Presiding

October 27, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before the court are the motions of appellant Quinton Plattenburg to dismiss his appeals. Appellant and his attorney have signed both motions. TEX. R. APP. P. 42.2(a). No decision of this court having been delivered to date, we grant the motions. Accordingly, the appeals are dismissed. No motions for rehearing will be entertained and our mandates will issue forthwith.

James T. Campbell
Justice

Do not publish.